UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY BELL and MARTIN GAMA, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HOME DEPOT U.S.A., Inc., a Delaware corporation; JOHN BROOKS, an individual; and DOES I through 10, inclusive,<br><br>　　　　　Defendants. | No. 2:12-cv-02499-GEB-CKD<br><br>**STATUS (PRETRIAL SCHEDULING) ORDER** |

The status (pretrial scheduling) conference scheduled for hearing on September 29, 2014, is vacated since the parties' Joint Status Report filed September 15, 2014 ("JSR") indicates the following Order should issue.

MOTION FOR CLASS CERTIFICATION

The parties' proposed briefing schedule concerning whether this putative class action should be certified as a class action is adopted as follows: The motion for class certification shall be filed no later than September 25, 2015; an opposition or statement of non-opposition to the motion shall be filed no later than November 24, 2015; and any reply shall be filed no later

1

than January 8, 2016. The hearing on the motion shall be noticed for February 8, 2016, at 9:00 a.m.

### SCHEDULING FURTHER STATUS REPORT

A further Status (Pretrial Scheduling) Conference is scheduled to commence at 9:00 a.m. on April 25, 2016. A joint status report shall be filed no later than fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: September 22, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2