UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY BELL, et al.,<br><br>      Plaintiff,<br><br>  v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>      Defendant. | No.  2:12-cv-2499 GEB CKD<br><br><br><br>ORDER |

      This matter came on for an informal discovery conference before the undersigned on August 20, 2015.  Upon review of the letter brief and upon hearing the arguments of counsel, and good cause appearing, THE COURT ORDERS AS FOLLOWS:

      1. The hearing date of August 26, 2015 on plaintiff's motion to compel (ECF Nos. 56, 58) is vacated.

      2. The motion to compel is granted in part.  No later than the close of business on August 25, 2015, defendant shall produce responsive documents regarding the method by which defendant calculated the regular rate of pay and exemplars of wage statements or pay stubs issued to the putative class members.

      3. The employee handbooks, manuals, guidelines and policy manuals shall be submitted to the chambers of the undersigned in unredacted form no later than 11:00 a.m. on August 21, 2015

/////

for <u>in camera</u> review.  Defendant shall highlight those portions of the subject documents which have been previously produced to plaintiffs.  The matter shall thereafter stand submitted.

Dated:  August 20, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 bell2499.oah