UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY BELL, et al., | No. 2:12-cv-2499 GEB CKD |
| Plaintiffs, | |
| v. | ORDER |
| HOME DEPOT U.S.A., INC., | |
| Defendant. | |

Pursuant to the order filed August 20, 2015, documents were submitted for in camera review. Those portions of the documents which were previously produced to plaintiffs were highlighted. Upon review of the documents and the pleadings in this matter and good cause appearing, THE COURT ORDERS AS FOLLOWS:

No later than August 27, 2015, defendant shall produce page 39 of the document titled "Your First 30 Days--I put customers FIRST" and page 60 of the document titled "It's Good to be ORANGE--Associate Orientation 2014 First 30 Days Guide." The remainder of unhighlighted portions of the documents need not be produced.

Dated: August 25, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 bell2499.icr