Raul Perez (SBN 174687)
Raul.Perez@capstonelawyers.com
Melissa Grant (SBN 205633)
Melissa.Grant@capstonelawyers.com
Arnab Banerjee (SBN 252618)
Arnab.Banerjee@capstonelawyers.com
Suzy E. Lee (SBN 271120)
Suzy.Lee@capstonelawyers.com
CAPSTONE LAW APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiffs Sandy Bell and Martin Gama

Donna M. Mezias (SBN 111902)
dmezias@akingump.com
Liz K. Bertko (SBN 268128)
lbertko@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Steet, Suite 1500
San Francisco, California 94104
Telephone:  (415) 765-9500
Facsimile:   (415) 765-9501

Attorneys for Defendant Home Depot U.S.A., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SANDY BELL and MARTIN GAMA, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; JOHN BROOKS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:12-cv-02499-GEB-CKD<br><br>[Hon. Garland E. Burrell, Jr.]<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING CONFIDENTIAL DOCUMENTS FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed:   July 18, 2012<br>Removal Date:   October 4, 2012 |

# ORDER

Pursuant to the Stipulation of the Parties, the Court Orders as follows:

1. Plaintiffs shall re-file the Redacted Motion for Class Certification, which will remove all redactions and be re-titled "Plaintiffs' Amended Motion for Class Certification";

2. Plaintiffs shall re-file the Redacted Declaration of Raul Perez, which will remove all redactions from Exhibits C-H, and J and be re-titled "Amended Declaration of Raul Perez";

3. Exhibit I to the Declaration of Raul Perez will remain redacted. This document will be submitted for in camera consideration as an exhibit to Defendant's Request to Seal, which Defendant will prepare and submit to the Court by October 14, 2015; and

4. The hearing and briefing schedule with respect to the Certification Motion shall remain unchanged.

Dated: October 13, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge