Raul Perez (SBN 174687)
Raul.Perez@capstonelawyers.com
Melissa Grant (SBN 205633)
Melissa.Grant@capstonelawyers.com
Arnab Banerjee (SBN 252618)
Arnab.Banerjee@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:    (310) 556-4811
Facsimile:    (310) 943-0396

Attorneys for Plaintiffs Sandy Bell
and Martin Gama and the Class

DONNA M. MEZIAS (SBN 111902)
LIZ K. BERTKO (SBN 268128)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:    415-765-9500
Facsimile:    415-765-9501
dmezias@akingump.com
lbertko@akingump.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SANDY BELL and MARTIN GAMA, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; JOHN BROOKS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:12-cv-02499-JAM-CKD<br><br>[Hon. John A. Mendez]<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE TO JOINTLY SUBMIT PROPOSED ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR CLASS CERTIFICATION** |

# ORDER

Based on the Parties' stipulation, and **GOOD CAUSE** having been shown, **IT IS HEREBY ORDERED** that the deadline for the parties' to jointly submit a proposed order granting in part and denying in part Plaintiffs' Motion for Class Certification is continued to May 25, 2016.

**IT IS SO ORDERED**

Date: 5/23/2016                             /s/ John A. Mendez_____
                                            Hon. John A. Mendez
                                            United States District Court Judge

Page 1

ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE TO JOINTLY SUBMIT PROPOSED ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR CLASS CERTIFICATION