| | |
|---|---|
| 1 | DONNA M. MEZIAS (SBN 111902) |
| 2 | LIZ K. BERTKO (SBN 268128)<br>AKIN GUMP STRAUSS HAUER & FELD LLP |
| 3 | 580 California Street, Suite 1500<br>San Francisco, CA 94104 |
| 4 | Telephone:    415-765-9500<br>Facsimile:     415-765-9501 |
| 5 | dmezias@akingump.com<br>lbertko@akingump.com |
| 6 | Attorneys for defendants |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY BELL and MARTIN GAMA, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; JOHN BROOKS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:12-cv-02499-JAM-CKD<br><br>[Assigned to Hon. John A. Mendez]<br><br>**STIPULATION AND ORDER TO CONTINUE CLASS NOTICE DEADLINES** |

# **STIPULATION**

Pursuant to Local Rule 143, defendants Home Depot U.S.A., Inc. and John Brooks ("Defendants") and plaintiffs Sandy Bell and Martin Gama ("Plaintiffs") (collectively "Parties"), through their counsel of record, hereby enter into this stipulation to continue the deadlines set forth in the Court's June 1, 2016 Order, based on the following facts and circumstances:

1. On June 1, 2016, this Court issued an Order Granting in Part and Denying in Part Plaintiffs' Motion for Class Certification ("June 1, 2016 Order"). In connection with this Order, the Court set the following deadlines:

   a. June 15, 2016 – Deadline for parties to lodge proposed class notice;

   b. June 21, 2016 – Deadline for parties to submit competing versions of class notice if parties cannot agree on content of class notice;

   c. July 1, 2016 – Deadline for defendant to send class list to class counsel;

   d. July 11, 2016 – Deadline for Court to approve class notice;

   e. July 26, 2016 – Deadline for class notice to be mailed to class members.

2. On June 8, 2016, plaintiffs filed a Motion to Transfer Venue to the Northern District of California pursuant to 28 U.S.C. § 1404(a). In connection with this motion, plaintiffs argue that this action should be coordinated with a separate class action currently pending in the Northern District, *Henry v. Home Depot U.S.A., Inc*, No. C 14-04858 JST.

3. Plaintiff's Motion to Transfer Venue is currently set for hearing on August 23, 2016.

4. The parties agree that, to promote efficiency and to prevent confusion to class members and the need to reissue class notices if this action is transferred to the Northern District of California, the deadlines set forth in the Court's June 1, 2015 Order should be continued until after plaintiffs' Motion to Transfer Venue is decided.

-1-

NOW, THEREFORE, the parties hereby stipulate and agree that the deadlines set forth in the Court's June 1, 2016 Order shall be continued as follows:

    a. September 2, 2016 – Deadline for parties to lodge proposed class notice;

    b. September 9, 2016 – Deadline for parties to submit competing versions of class notice if parties cannot agree on content of class notice;

    c. September 16, 2016 – Deadline for defendant to send class list to class counsel;

    d. September 23, 2016 – Deadline for Court to approve class notice;

    e. October 14, 2016 – Deadline for class notice to be mailed to class members.

Dated: June 15, 2016    AKIN GUMP STRAUSS HAUER & FELD LLP

By /s/ Donna M. Mezias
    Donna M. Mezias
    Attorneys for defendants

Dated: June 15, 2016    CAPSTONE LAW APC

By /s/ Arnab Banerjee
    Arnab Banerjee
    Attorneys for plaintiffs

# ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**, that the deadlines set forth in the Court's June 1, 2016 Order shall be continued as follows:

a. September 2, 2016 – Deadline for parties to lodge proposed class notice;

b. September 9, 2016 – Deadline for parties to submit competing versions of class notice if parties cannot agree on content of class notice;

c. September 16, 2016 – Deadline for defendant to send class list to class counsel;

d. September 23, 2016 – Deadline for Court to approve class notice;

e. October 14, 2016 – Deadline for class notice to be mailed to class members.

Dated: 6/16/2016

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge