1  DONNA M. MEZIAS (SBN 111902)
   LIZ K. BERTKO (SBN 268128)
2  AKIN GUMP STRAUSS HAUER & FELD LLP
   580 California Street, Suite 1500
3  San Francisco, CA 94104
   Telephone:   415-765-9500
4  Facsimile:   415-765-9501
   dmezias@akingump.com
5  lbertko@akingump.com

6  Attorneys for Defendants

7

8

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  SANDY BELL and MARTIN GAMA, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; JOHN BROOKS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:12-cv-02499- JAM-CKD<br><br>[Assigned for All Purposes to Hon. John A. Mendez]<br><br>ORDER DENYING PLAINTIFFS' MOTION FOR CHANGE OF VENUE<br><br>Date:   August 23, 2016<br>Time:   1:30 p.m.<br>Dept.:  6 |

1  On August 23, 2016, at 1:30 p.m., in Courtroom 6 of the above-entitled Court, plaintiffs' Motion for Change of Venue pursuant to 28 U.S.C. section 1404(a) came on for hearing before this Court. Matthew Bainer appeared as counsel for plaintiffs; Donna M. Mezias appeared as counsel for defendant.

The Court DENIES plaintiffs' motion for change of venue. Plaintiffs have not made the requisite showing under 28 U.S.C. section 1404(a) to warrant transfer of this action to the Northern District of California.

IT IS SO ORDERED.

Dated: 9/6/2016              /s/ John A. Mendez
                             _____
                             Honorable John A. Mendez
                             United States District Court Judge