DONNA M. MEZIAS (SBN 111902)
LIZ K. BERTKO (SBN 268128)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:    415-765-9500
Facsimile:    415-765-9501
dmezias@akingump.com
lbertko@akingump.com

Attorneys for defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY BELL and MARTIN GAMA, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; JOHN BROOKS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:12-cv-02499-JAM-CKD<br><br>[Assigned for All Purposes to Hon. John A. Mendez]<br><br>**STIPULATION AND ORDER RE CONSOLIDATION OF *BELL* AND *HENRY* AND CONTINUANCE OF CLASS NOTICE DEADLINES** |

STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF *BELL* AND *HENRY* AND
CONTINUANCE OF CLASS NOTICE DEADLINES
Case No. 2:12-cv-02499-JAM-CKD

# STIPULATION

Defendant Home Depot U.S.A. ("Defendant") and plaintiffs Sandy Bell and Martin Gama ("Plaintiffs") (collectively "Parties"), through their counsel of record, enter into this stipulation regarding consolidation of *Henry v. Home Depot U.S.A., Inc,* No. 2:16-cv-02102-MCE-AC ("*Henry*"), and *Bell v. Home Depot U.S.A., Inc*., No. 2:12-cv-02499-JAM-CKD ("*Bell*"):

1.  WHEREAS, on August 31, 2016, the Honorable Jon S. Tigar, U.S. District Judge for the Northern District of California, granted Home Depot's motion to transfer *Henry* to the Eastern District of California, finding that the *Henry* and *Bell* actions now present the "exact same legal issue: whether Home Depot's midnight clock-out policy deprived its employees of overtime in violation of California law" and that transfer was necessary to "promote … efficiency" and "avoid the risk of inconsistent judicial decisions." *See Henry* August 31, 2016 Order, N.D. Cal. Case No. 3:14-cv-04858-JST, Dkt # 85, at 7-8. On September 2, 2016, *Henry* was transferred to the Eastern District of California, and assigned to Judge Morrison C. England, Jr.

2.  WHEREAS, all of the parties in *Bell* and *Henry* agree that consolidation of the two actions before Judge John A. Mendez is necessary to promote efficiency, judicial economy, and avoid the risk of inconsistent judgments. The parties in *Henry* will file a stipulation in that action seeking to reassign *Henry* to Judge Mendez to effect consolidation.

3.  WHEREAS, the parties further agree that, to prevent confusion to class members and the need to reissue class notices if the actions are consolidated, the current deadlines relating to class notice in *Bell,* as reflected in the Court's June 16, 2016 Order (Dkt. # 119), should be vacated until after the Court enters an order addressing consolidation of *Bell* and *Henry*.

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. That the deadlines set forth in the Court's June 16, 2016 Order shall be continued as follows:

    a. October 3, 2016 – Deadline for parties to lodge proposed class notice;

    b. October 10, 2016 – Deadline for parties to submit competing versions of class notice if parties cannot agree on content of class notice;

    c. October 17, 2016 – Deadline for defendant to send class list to class counsel;

    d. October 24, 2016 – Deadline for Court to approve class notice;

    e. November 14, 2016 – Deadline for class notice to be mailed to class members.

2. That *Bell* and *Henry* should be consolidated for all purposes before Judge John A. Mendez, and that all future filings shall be made only in Case No. 2:12-cv-02499-JAM-CKD.

Dated: September 9, 2016    AKIN GUMP STRAUSS HAUER & FELD LLP

By  /s/ Donna M. Mezias
Donna M. Mezias
Attorneys for defendants

Dated: September 9, 2016    CAPSTONE LAW APC

By  /s/ Arnab Banerjee
Arnab Banerjee
Attorneys for plaintiffs SANDY BELL and MARTIN GAMA

# ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**:

1. That the deadlines set forth in this Court's June 16, 2016 Order are hereby continued as follows:

   a. October 3, 2016 – Deadline for parties to lodge proposed class notice;

   b. October 10, 2016 – Deadline for parties to submit competing versions of class notice if parties cannot agree on content of class notice;

   c. October 17, 2016 – Deadline for defendant to send class list to class counsel;

   d. October 24, 2016 – Deadline for Court to approve class notice;

   e. November 14, 2016 – Deadline for class notice to be mailed to class members.

2. That *Bell* and *Henry* are hereby consolidated for all purposes before Judge John A. Mendez, and all future filings shall be made only in Case No. 2:12-cv-02499-JAM-CKD.

Dated: 9/12/2016

                                                      /s/ John A. Mendez  
                                                      Hon. John A. Mendez  
                                                      United States District Court Judge