1  DONNA M. MEZIAS (SBN 111902)
   LIZ K. BERTKO (SBN 268128)
2  AKIN GUMP STRAUSS HAUER & FELD LLP
   580 California Street, Suite 1500
3  San Francisco, CA 94104
   Telephone:    415-765-9500
4  Facsimile:    415-765-9501
   dmezias@akingump.com
5  lbertko@akingump.com

6  Attorneys for defendant

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| SANDY BELL and MARTIN GAMA, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>             Plaintiffs,<br><br>        v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; JOHN BROOKS, an individual; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. 2:12-cv-02499-JAM-CKD<br><br>[Assigned for All Purposes to Hon. John A. Mendez]<br><br>**STIPULATION AND ORDER TO TEMPORARILY STAY ACTION PENDING MEDIATION** |
| MICHAEL HENRY, on behalf of himself, all others similarly situated, and the general public,<br><br>             Plaintiff,<br><br>        v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>             Defendants. | |

# **STIPULATION AND [PROPOSED] ORDER**

Plaintiffs Sandy Bell, Martin Gama, and Michael Henry and defendant Home Depot U.S.A., Inc., hereby enter into this stipulation based on the following facts and circumstances:

1. On September 12, 2016, the Court issued an order consolidating *Bell v. Home Depot U.S.A., Inc.,* No. 2:12-cv-024099-JAM-CKD and *Henry v. Home Depot U.S.A., Inc.,* No. 2:16-CV-02102-MCE-AC, before Judge John A. Mendez and setting the following dates relating to class notice:

   a. October 3, 2016 – Deadline for parties to lodge proposed class notice;
   b. October 10, 2016 – Deadline for parties to submit competing versions of class notice if parties cannot agree on content of class notice;
   c. October 17, 2016 – Deadline for defendant to send class list to class counsel;
   d. October 24, 2016 – Deadline for Court to approve class notice;
   e. November 14, 2016 – Deadline for class notice to be mailed to class members.

2. The parties have agreed to participate in mediation to explore resolving the case without the time and expense of further discovery and litigation. To this end, the parties have scheduled a mediation for January 18, 2017 with mediator David Rotman.

3. In order to provide the parties with adequate time to mediate the claims and facilitate resolution of this matter without the expenditure of additional time and resources on discovery and motion practice, the parties agree that the Court should temporarily stay the action. *See, e.g., Arrival Star, S.A. v. Blue Sky Network, LLC,* No. CV 11-4480 SBA, 2012 WL 588806, at *1-2 (N.D. Cal. Feb. 22, 2012) (action stayed pending mediation to avoid needless discovery expense and promote judicial economy); *Maxon v. Jefferson Pilot Securities Corp.,* No. C 01-02668 CRB, 2002 WL 523575, at *1-2 (N.D. Cal. Apr. 2, 2002) (same).

4. The parties further stipulate that neither party will be prejudiced by the stay, and that no arguments regarding timeliness, or delay can be made as a result of the stay.

5. The parties therefore stipulate and agree as follows:

1. That the present action should be stayed until January 18, 2017;

2. That the deadlines set forth in the Court's September 12, 2016 Scheduling Order be vacated;

3. That the Court schedule a Case Management Conference for February 20, 2017, or an available date thereafter, at which time Court will set new deadlines for class notice and further case management if the case has not resolved.

**IT IS SO STIPULATED.**

Dated:  October 10, 2016        AKIN GUMP STRAUSS HAUER & FELD, LLP

By  /s/ Donna M. Mezias
Donna M. Mezias
Attorneys for defendant Home Depot U.S.A., Inc.

Dated:  October 10, 2016        CAPSTONE LAW APC

By  /s/ Arnab Banerjee
Arnab Banerjee
Attorneys for plaintiffs SANDY BELL and MARTIN GAMA

Dated:  October 10, 2016        SETAREH LAW GROUP


By  /s/ Shaun Setareh
Shaun Setareh
Attorneys for plaintiff MICHAEL HENRY

-3-
STIPULATION AND ORDER TO TEMPORARILY STAY ACTION PENDING MEDIATION

**GOOD CAUSE SHOWING, IT IS HEREBY ORDERED THAT:**

1. The present action is hereby stayed until January 18, 2017;

2. The deadlines set forth in the Court's September 12, 2016 Scheduling Order are vacated;

3. The parties will file a joint status conference statement by January 25, 2017 informing the Court of the outcome of mediation.


Dated: October 11, 2016

                                        /s/ John A. Mendez
                                       HON. JOHN A. MENDEZ
                                       United States District Judge