DONNA M. MEZIAS (SBN 111902)
LIZ K. BERTKO (SBN 268128)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:  415-765-9500
Facsimile:  415-765-9501
dmezias@akingump.com
lbertko@akingump.com

Attorneys for defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY BELL and MARTIN GAMA, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; JOHN BROOKS, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:12-cv-02499-JAM-CKD<br><br>[Assigned for All Purposes to Hon. John A. Mendez]<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE** |
| MICHAEL HENRY, on behalf of himself, all others similarly situated, and the general public,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | |

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE

# STIPULATION AND [PROPOSED] ORDER

Pursuant to Local Rules 143 and 230(f), defendant Home Depot U.S.A., Inc. and plaintiffs Sandy Bell, Martin Gama, and Michael Henry ("Plaintiffs"), hereby enter into this stipulation based on the following facts and circumstances:

1. On May 2, 2017, defendant filed its Motion for Partial Summary Judgment on Plaintiffs' Claims for Penalties under Sections 203 and 226 (DE 146) and properly noticed the motion to be heard on June 6, 2017 at 1:30 p.m. before the Honorable John A. Mendez.

2. On May 3, 2017, counsel for plaintiff Michael Henry advised the parties that he has a scheduling conflict and is unavailable for the noticed June 6 hearing date.

3. Defendant's counsel contacted the Court and was advised that the next available date that the Court is able to hear defendant's motion is June 20, 2017, at 1:30 p.m. Defendant's counsel has conferred with counsel for Plaintiffs and all have confirmed their availability for a hearing on June 20.

4. Plaintiffs are currently reviewing the motion and reserve the right to request additional time to conduct discovery and oppose the motion, or file a declaration pursuant to Federal Rule of Civil Procedure, Rule 56(d);

5. NOW, THEREFORE, Defendant and Plaintiffs hereby stipulate and agree that the June 6, 2017 hearing date for defendant's motion be continued to June 20, 2017, at 1:30 p.m.

**IT IS SO STIPULATED.**

Dated: May 5, 2017        AKIN GUMP STRAUSS HAUER & FELD, LLP

By /s/ *Donna M. Mezias*
Donna M. Mezias
Attorneys for defendant Home Depot U.S.A., Inc.

-1-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE

| | | |
|---|---|---|
| 1 | Dated: May 5, 2017 | CAPSTONE LAW APC |
| 2 | | |
| 3 | | |
| 4 | | By /s/ *Arnab Banerjee* |
| 5 | | Arnab Banerjee<br>Attorneys for plaintiffs SANDY BELL and MARTIN GAMA |
| 6 | Dated: May 5, 2017 | SETAREH LAW GROUP |
| 7 | | |
| 8 | | |
| 9 | | By /s/ *Shaun Setareh* |
| 10 | | Shaun Setareh<br>Attorneys for plaintiff MICHAEL HENRY |

**GOOD CAUSE SHOWING, IT IS HEREBY ORDERED THAT:**

The hearing on Defendant's Motion for Partial Summary Judgment (DE 146) is continued from June 6, 2017, at 1:30 p.m. to June 20, 2017, at 1:30 p.m.

Dated: May 8, 2017

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge