| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | DONNA M. MEZIAS (SBN 111902)<br>LIZ K. BERTKO (SBN 268128)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>580 California Street, Suite 1500<br>San Francisco, CA 94104<br>Telephone: 415-765-9500<br>Facsimile: 415-765-9501<br>dmezias@akingump.com<br>lbertko@akingump.com |
| 6 | Attorneys for defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY BELL and MARTIN GAMA, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>            Plaintiffs,<br><br>      v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; JOHN BROOKS, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:12-cv-02499-JAM-CKD<br><br>[Assigned for All Purposes to Hon. John A. Mendez]<br><br>**SECOND STIPULATION AND ORDER TO CONTINUE HEARING DATE** |
| MICHAEL HENRY, on behalf of himself, all others similarly situated, and the general public,<br><br>            Plaintiff,<br><br>      v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>            Defendants. | |

SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE

**STIPULATION AND ORDER**

Pursuant to Local Rules 143 and 230(f), defendant Home Depot U.S.A., Inc. and plaintiffs Sandy Bell, Martin Gama, and Michael Henry ("plaintiffs"), hereby enter into this stipulation based on the following facts and circumstances:

1. On May 2, 2017, defendant filed its Motion for Partial Summary Judgment on Plaintiffs' Claims for Penalties under Sections 203 and 226 (DE 146) and noticed the motion for hearing on June 6, 2017 at 1:30 p.m. before the Honorable John A. Mendez.

2. On May 8, 2017, the Court entered an order approving the parties' stipulation to continue the June 6 hearing to June 20, 2017 at 1:30 pm due to a conflict for counsel for plaintiff Henry. (DE 149).

3. On May 9, 2017, counsel for plaintiffs served two notices of deposition, including a notice pursuant to Fed. R. Civ. P. 30(b)(6), and requests for production of documents related to defendant's motion. Plaintiffs' counsel stated this discovery is necessary for their opposition to defendant's pending summary judgment motion. Counsel for defendant advised plaintiffs' counsel that Home Depot was unavailable on the noticed deposition date and objected to the scope of the deposition topics and document requests.

4. The parties have conferred and plaintiffs have agreed to limit the scope of the pending discovery and to conduct the deposition(s) on a later date mutually agreed to by the parties.

5. Defendant's counsel contacted the Court and was advised that the next available date that the Court is able to hear defendant's motion is July 25, 2017, at 1:30 p.m. Defendant's counsel has conferred with counsel for plaintiffs and all have confirmed their availability for a hearing on July 25.

6. NOW, THEREFORE, in order to permit plaintiffs to conduct discovery which plaintiffs state is related to defendant's motion, defendant and plaintiffs hereby

1 | stipulate and agree that the June 20, 2017 hearing date for defendant's motion be
2 | continued to July 25, 2017, at 1:30 p.m.

**IT IS SO STIPULATED.**

Dated: June 5, 2017					AKIN GUMP STRAUSS HAUER & FELD, LLP


							By /s/ *Donna M. Mezias*
							         Donna M. Mezias
							  Attorneys for defendant Home Depot U.S.A., Inc.

Dated: June 5, 2017					CAPSTONE LAW APC



							By /s/ *Melissa Grant*
							         Melissa Grant
							  Attorneys for plaintiffs SANDY BELL and
							         MARTIN GAMA

Dated: June 5, 2017					SETAREH LAW GROUP



							By /s/ *Shaun Setareh*
							         Shaun Setareh
							  Attorneys for plaintiff MICHAEL HENRY

-2-
SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE

**GOOD CAUSE SHOWING, IT IS HEREBY ORDERED THAT:**

The hearing on defendant's Motion for Partial Summary Judgment (DE 146) is continued from June 20, 2017, at 1:30 p.m. to July 25, 2017, at 1:30 p.m.

Dated: June 5, 2017

                                    **/s/ John A. Mendez**
                                    HON. JOHN A. MENDEZ
                                    United States District Court Judge