Raul Perez (SBN 174687)
Raul.Perez@capstonelawyers.com
Melissa Grant (SBN 205633)
Melissa.Grant@capstonelawyers.com
Arnab Banerjee (SBN 252618)
Arnab.Banerjee@capstonelawyers.com
Brandon Brouillette (SBN 273156)
Brandon.Brouillette@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiffs Sandy Bell
and Martin Gama and the Class

[Additional Counsel on Next Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SANDY BELL and MARTIN GAMA, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; JOHN BROOKS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:12-cv-02499-GEB-CKD<br><br>[Assigned for All Purposes to Hon. John A. Mendez.]<br><br>CLASS ACTION COMPLAINT AND ENFORCEMENT ACTION UNDER THE PRIVATE ATTORNEYS GENERAL ACT, CALIFORNIA LABOR CODE §§ 2698 ET SEQ.<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' WORKDAY CLAIM**<br><br>Complaint Filed: July 18, 2012<br>Removal Date: October 4, 2012 |

SHAUN SETAREH (SBN 204514)
FARRAH GRANT (SBN 293898)
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone:  (310) 888-7771
Facsimile:  (310) 888-0109
shaun@setarehlaw.com
farrah@setarehlaw.com

Attorneys for Plaintiff Michael Henry
and the Class

DONNA M. MEZIAS (SBN 111902)
LIZ K. BERTKO (SBN 268128)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:  415-765-9500
Facsimile:  415-765-9501
dmezias@akingump.com
lbertko@akingump.com

Attorneys for Defendants

Page 1

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' WORKDAY CLAIM

# STIPULATION AND ORDER

Pursuant to Local Rules 143 and 230(f), Plaintiffs Sandy Bell, Martin Gama, and Michael Henry ("Plaintiffs"), and Defendant Home Depot U.S.A. ("Defendant"), Inc., through their counsel of record, hereby enter into this stipulation based on the following facts and circumstances:

1. On May 1, 2018, Defendant filed a Motion for Summary Judgment on Plaintiffs' Workday Claim ("Motion") and noticed it for hearing on June 19, 2018 at 1:30 p.m., before the Honorable John A. Mendez.

2. On May 10, 2018, the parties agreed to a mediation of this matter on November 13, 2018, before respected wage and hour mediator Mark Rudy.

3. The parties believe that the settlement process would be best served if Defendant's motion for summary judgment is held in abeyance pending the November 13, 2018 mediation.

4. The Court advised Plaintiff's counsel that the Court is available to hear Defendant's motion for summary judgment on December 4, 2018 at 1:30 p.m.

5. NOW, THEREFORE, the parties hereby stipulate and agree that the June 19, 2018 hearing for Defendant's motion for summary judgment be continued to December 4, 2018 at 1:30 p.m., or as soon thereafter as the Court's calendar permits.

**IT IS SO STIPULATED.**

///
///
///
///

Page 2

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' WORKDAY CLAIM

Dated: May 31, 2018

Respectfully submitted,

CAPSTONE LAW APC

By: /s/ Arnab Banerjee
Raul Perez
Melissa Grant
Arnab Banerjee

Attorneys for Plaintiffs Sandy Bell
and Martin Gama

Dated: May 31, 2018

Respectfully submitted,

SETAREH LAW GROUP

By: /s/ Shaun Setarah (as authorized on 5/30/18)
Shaun Setarah
Farrah Grant

Attorneys for Plaintiff Michael Henry

Dated: May 31, 2018

Respectfully submitted,

AKIN GUMP STRAUSS HAUER &
FELD LLP

By: /s/ Donna M. Mezias (as authorized on 5/30/18)
Donna M. Mezias
Liz K. Bertko

Attorneys for Defendants

Page 3

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' WORKDAY CLAIM

**ORDER**

**GOOD CAUSE SHOWING, IT IS HEREBY ORDERED THAT:**

The hearing on Defendant Home Depot U.S.A.'s Motion for Summary Judgment on Plaintiffs' Workday Claim is continued from June 19, 2018 at 1:30 pm to December 4, 2018 at 1:30 pm.

Dated: 5/31/2018

/s/ John A. Mendez_____
Hon. John A. Mendez
Judge, United States District Court
Eastern District of California

Page 4

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' WORKDAY CLAIM