Melissa Grant (SBN 205633)
Melissa.Grant@capstonelawyers.com
Mark Ozzello (SBN 11695)
Mark.Ozzello@capstonelawyers.com
Brandon Brouillette (SBN 273156)
Brandon.Brouillette@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:  (310) 943-0396

Attorneys for Plaintiffs Sandy Bell, Martin Gama and the Class

SHAUN SETAREH (SBN 204514)
FARRAH GRANT (SBN 293898)
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone:   (310) 888-7771
Facsimile:    (310) 888-0109
shaun@setarehlaw.com
farrah@setarehlaw.com

Attorneys for Plaintiff Michael Henry and the Class

[Additional listed counsel on next page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY BELL and MARTIN GAMA, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; JOHN BROOKS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:12-cv-02499-JAM-CKD<br>[Assigned to Hon. John A. Mendez]<br><br>**JOINT STIPULATION REGARDING CLASS NOTICE AND ORDER** |

| | |
|---|---|
| MICHAEL HENRY, on behalf of himself, all others similarly situated, and the general public, | |
| Plaintiff, | |
| v. | |
| HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1-50, inclusive, | |
| Defendants. | |

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Donna M. Mezias
Dorothy F. Kaslow
580 California Street, Suite 1500
San Francisco, California 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

Attorneys for Defendant Home Depot USA Inc.

Plaintiffs Sandy Bell, Martin Gama, and Michael Henry ("Plaintiffs") and Defendant Home Depot USA, Inc. ("Defendant" and collective with Plaintiffs, the "Parties"), through their counsel of record, have met and conferred regarding the content of a 'joint' Class Notice for the now consolidated certified actions and hereby stipulate and agree as follows:

1. The Parties jointly submit their agreed-upon proposed Class Notice and a request for exclusion form, which are attached hereto as Exhibit 1, and respectfully request the Court approve them.

2. The Parties agree that the Class Notice will be administered by an agreed-upon third-party case administrator at Defendant's expense pursuant to the Court's order granting in part, the Motions for Class Certification of Plaintiffs Bell and Gama.

3. The case administrator will mail the Class Notice to all Class Members for which a postal address exists, as well as all other known postal addresses pursuant to the agreed upon timeline below.

4. The Parties propose the following schedule for dissemination:

| Date | Action |
|---|---|
| June 7, 2021 | Deadline for Defendants to provide class information (including full name, last known home address, and phone numbers) to the administrator in Microsoft Excel or other spreadsheet, comma-separated value, or tabular data format. |
| July 6, 2021 | Deadline for the administrator to update all addresses through the National Change of Address Database maintained by the U.S. Postal Service, and to mail (first class, postage prepaid) the Class Notice and the exclusion form to all class members. |
| August 20, 2021 | Deadline for class members to sign and return (postmark date) opt-out forms to the administrator. (45 |

| | |
|---|---|
| | days from the mailing date.) |
| August 27, 2021 | Deadline for the administrator to remove all class members who returned a timely opt-out form from the class list, and then produce the updated list to Class Counsel. (7 days from the opt-out deadline.) |

**IT IS SO STIPULATED.**

Dated: May 7, 2021

Respectfully submitted,

Capstone Law APC

By: */s/* Melissa Grant
Melissa Grant
Mark Ozzello
Brandon Brouillette

Attorneys for Plaintiffs Sandy Bell and Martin Gama

Dated: May 7, 2021

Setareh Law Group

By: */s/* Shaun Setareh
Shaun Setareh
Farrah Grant

Attorneys for Plaintiff Michael Henry

Dated: May 7, 2021

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/* Donna M. Mezias
Donna M. Mezias
Dorothy F. Kaslow

Attorneys for Defendant Home Depot USA., INC.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

The Court, having reviewed the Parties' joint stipulation and attached class notice, approves the form and proposed mailing timeline of the class notice as submitted.

IT IS SO ORDERED.

DATED: May 10, 2021  /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE