1  Melissa Grant (SBN 205633)
   Melissa.Grant@capstonelawyers.com
2  Mark Ozzello (SBN 11695)
   Mark.Ozzello@capstonelawyers.com
3  Brandon Brouillette (SBN 273156)
   Brandon.Brouillette@capstonelawyers.com
4  Capstone Law APC
   1875 Century Park East, Suite 1000
5  Los Angeles, California 90067
   Telephone:   (310) 556-4811
6  Facsimile:   (310) 943-0396

7  Attorneys for Plaintiffs Sandy Bell, Martin Gama and the Class

8
   SHAUN SETAREH (SBN 204514)
9  THOMAS SEGAL (SBN 222791)
   SETAREH LAW GROUP
10 9665 Wilshire Boulevard, Suite 430
   Beverly Hills, California 90212
11 Telephone:   (310) 888-7771
   Facsimile:   (310) 888-0109
12 shaun@setarehlaw.com
   thomas@setarehlaw.com
13
   Attorneys for Plaintiff Michael Henry and the Class
14
   [Additional listed counsel on next page]
15

16                  UNITED STATES DISTRICT COURT

17                 EASTERN DISTRICT OF CALIFORNIA

18

19 SANDY BELL and MARTIN GAMA,          Case No. 2:12-cv-02499-JAM-CKD
   individually, and on behalf of other  [Assigned to Hon. John A. Mendez]
20 members of the general public
   similarly situated, and as aggrieved  **SECOND STIPULATION**
21 employees pursuant to the Private     **REGARDING CLASS NOTICE AND**
   Attorneys General Act ("PAGA"),       **ORDER**
22
                  Plaintiffs,
23
24        v.

25 HOME DEPOT U.S.A., INC., a
   Delaware corporation; JOHN
26 BROOKS, an individual; and DOES 1
   through 10, inclusive,
27
                  Defendants.
28

1

2

MICHAEL HENRY, on behalf of himself, all others similarly situated, and the general public,

3

Plaintiff,

4

v.

5

6

HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1-50, inclusive,

7

Defendants.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Donna M. Mezias
Dorothy F. Kaslow
580 California Street, Suite 1500
San Francisco, California 94104
Telephone:   (415) 765-9500
Facsimile:   (415) 765-9501
dmezias@akingump.com
dkaslow@akingump.com

Attorneys for Defendant Home Depot USA Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SECOND STIPULATION REGARDING CLASS NOTICE AND ORDER

Plaintiffs Sandy Bell, Martin Gama, and Michael Henry ("Plaintiffs") and Defendant Home Depot USA, Inc. ("Defendant," and collectively with Plaintiffs, the "Parties"), through their counsel of record, have met and conferred regarding amendments to the class notice process and hereby stipulate and agree as follows:

1.      Pursuant to the Court's Order on the Parties' Stipulation Regarding Class Notice filed May 11, 2021 (ECF No. 183), Defendant engaged CPT, Inc. ("CPT" or "notice administrator") to administer the class notice.  On July 6, 2021, CPT mailed notices to 38,569 potential class members.  The deadline for responding to the class notice was August 20, 2020.

2.      The notice administrator performed a skip-trace on all notices returned as undeliverable before the response deadline.  To the extent a better address was obtained from the skip-trace, the notices were re-mailed.

3.      As of October 18, 2021, a total of 1,751 notices were returned to CPT as ultimately undeliverable.  According to CPT, such undeliverability was the result of: 1) no new address having been found after a skip-trace was performed, 2) a remailing was completed to an address found in a skip-trace, but the notice was returned as undeliverable for a second time, or 3) undeliverable notices were received after the response deadline and, therefore, no skip-trace or re-mailing was performed.  As to the last category, as of October 18, 2021, there were a total of 59 notices returned as undeliverable after the response deadline for which CPT did not perform a skip-trace or re-mailing.

4.      The Parties have agreed to engage CPT to perform a skip-trace, and, to the extent a better address is found, a re-mailing for the 59 undeliverable notices received after the response deadline for which no skip-trace was performed.  To the extent that any other undeliverable notices from the original mailings are returned to CPT prior to November 5, 2021 (or five days after the Court enters an Order approving this Stipulation, whichever is earlier), and with respect to which no prior skip-trace has previously been performed, those returned notices also would be

1  subject to a skip-trace and re-mailing if another address is found.   The costs
2  associated with this supplemental notice process will be borne by the Defendant.

3      5.      The Parties have agreed to the following schedule:

| November 5, 2021, or 5 days after the Court enters the Order approving the Stipulation, whichever is earlier | Deadline for CPT to perform the skip-trace |
| --- | --- |
| November 15, 2021, or 10 days after the Court enters the Order approving the Stipulation, whichever is earlier | Deadline for CPT to mail (first class, return postage pre-paid) the notice and exclusion form |
| December 30, 2021, or 55 days after the Court enters the Order approving the Stipulation, whichever is earlier | Deadline for remaining class members to sign and return (postmark date) opt-out forms to CPT (45 days from the mailing date) |
| January 6, 2022, or 62 days after the Court enters the Order approving the Stipulation, whichever is earlier | Deadline for CPT to remove all remaining class members who returned a timely opt-out form from the class list, and then produce the updated list to Class Counsel (7 days from the opt-out deadline) |

6.      The Parties agree that the procedures carried out by the notice administrator, including the additional skip-trace and re-mailing outlined in this Stipulation, constitute the best practicable notice to potential class members.

SECOND STIPULATION REGARDING CLASS NOTICE AND ORDER

1   **IT IS SO STIPULATED.**

2

3   Dated:  October 28, 2021                    Respectfully submitted,

4                                               Capstone Law APC

5

6                                               By:  */s/ Brandon Brouillette*
                                                Melissa Grant
7                                               Mark Ozzello
                                                Brandon Brouillette
8
                                                Attorneys for Plaintiffs Sandy Bell and Martin
9                                               Gama

10  Dated:  October 28, 2021                    Setareh Law Group

11

12                                              By:  */s/ Thomas Segal*
                                                Shaun Setareh
13                                              Thomas Segal

14                                              Attorneys for Plaintiff Michael Henry

15

16  Dated:  October 28, 2021                    AKIN GUMP STRAUSS HAUER & FELD
                                                LLP
17

18                                              By:  */s/ Donna M. Mezias*
                                                Donna M. Mezias
19                                              Dorothy F. Kaslow

20                                              Attorneys for Defendant Home Depot
                                                USA., INC.
21

22

23

24

25

26

27

28

SECOND STIPULATION REGARDING CLASS NOTICE AND ORDER

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

The Court, having reviewing the Parties' second stipulation regarding class notice, approves the procedures outlined by the Parties and proposed mailing timeline of the class notice previously approved by the Court to the remaining potential class members for whom no skip-trace or re-mailing has yet been performed.

IT IS SO ORDERED.

DATED:  October 28, 2021      /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE