# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY BELL and MARTIN GAMA, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; JOHN BROOKS, an individual; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>MICHAEL HENRY, on behalf of himself, all others similarly situated, and the general public<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:12-cv-02499-DJC-CKD<br><br>Hon. Daniel J. Calabretta<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER** |

Morgan, Lewis & Bockius LLP
Attorneys at Law
Costa Mesa

DB2/ 47574605.1

ORDER
2:21-CV-02499-DJC-CKD

1    Based on the Parties' Stipulation to Modify the Scheduling Order (Dkt. No. 218), and for good cause shown, IT IS HEREBY ORDERED THAT the following modifications shall be made to the current pretrial scheduling order (Dkt. No. 212):

- Expert disclosures shall be completed by May 3, 2024;
- Rebuttal expert disclosures shall be completed by June 14, 2024; and
- Expert discovery shall be completed by August 30, 2024.

All other dates previously set by the Court shall remain unchanged.

**IT IS SO ORDERED.**

Dated: March 1, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 47574605.1

2

ORDER
2:21-CV-02499-DJC-CKD