MORGAN, LEWIS & BOCKIUS LLP
Barbara J. Miller (SBN 167223)
John D. Hayashi (SBN 211077)
Matthew M. Arnold (SBN 341862)
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:   +1.714.830.0600
Fax:  +1.714.830.0700
barbara.miller@morganlewis.com
john.hayashi@morganlewis.com
matthew.arnold@morganlewis.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY BELL and MARTIN GAMA, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; JOHN BROOKS, an individual; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>MICHAEL HENRY, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:12-cv-02499-DJC-CKD<br><br>Hon. Daniel J. Calabretta<br><br>**DEFENDANT HOME DEPOT U.S.A., INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT ITS OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION**<br><br>Date:     March 28, 2024<br>Time:    1:30 p.m.<br>Place:    10 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DEFENDANT'S NOTICE OF
SUPPLEMENTAL AUTHORITY
2:21-CV-02499-JAM-CKD

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Civil Local Rule 240(m)(2), Defendant Home Depot U.S.A., Inc. ("Defendant") submits the following Notice of Supplemental Authority to bring to the Court's attention a relevant judicial opinion issued by the California Supreme Court on May 6, 2024 after the date that its Opposition to Plaintiffs' Motion for Reconsideration was filed (*see*, *e.g.*, Dkt. Nos. 214, 215):

*Naranjo v. Spectrum Security Services, Inc.*, No. S279397, 2024 WL 1979980 (Cal. May 6, 2024)

Dated: May 6, 2024                     MORGAN, LEWIS & BOCKIUS LLP

                                       By */s/Barbara J. Miller*
                                           Barbara J. Miller
                                           Attorneys for Defendant
                                           HOME DEPOT U.S.A., INC.

2

DEFENDANT'S NOTICE OF
SUPPLEMENTAL AUTHORITY
2:21-CV-02499-JAM-CKD

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA