Melissa Grant (SBN 205633)
Melissa.Grant@capstonelawyers.com
Robert Drexler (SBN 119119)
Robert.Drexler@capstonelawyers.com
Jonathan Lee (SBN 267146)
Jonathan.Lee@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiffs Sandy Bell, Martin Gama and the Class

SHAUN SETAREH (SBN 204514)
FARRAH GRANT (SBN 293898)
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone:     (310) 888-7771
Facsimile:      (310) 888-0109
shaun@setarehlaw.com
farrah@setarehlaw.com

Attorneys for Plaintiff Michael Henry and the Class

[Additional listed counsel on next page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY BELL and MARTIN GAMA, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; JOHN BROOKS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:12-cv-02499-DJC-CKD<br>[Assigned to Hon. Daniel J. Calabretta<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST TO CONTINUE SCHEDULE ON MOTION FOR RECONSIDERATION AND FOR SUMMARY JUDGMENT** |

| | |
|---|---|
| 1 | MICHAEL HENRY, on behalf of himself, all others similarly situated, and the general public, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1-50, inclusive, |
| 6 | |
| 7 | Defendants. |

1  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   Dorothy F. Kaslow
2  580 California Street, Suite 1500
   San Francisco, California 94104
3  Telephone:  (415) 765-9500
   Facsimile:   (415) 765-9501
4
5  MORGAN, LEWIS & BOCKIUS LLP
   Barbara J. Miller (SBN 167223)
   John D. Hayashi (SBN 211077)
6  600 Anton Boulevard
   Suite 1800
7  Costa Mesa, CA  92626-7653
   Tel:   +1.714.830.0600
8  Fax:  +1.714.830.0700

9  Attorneys for Defendant Home Depot USA Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

The Court has read and reviewed the Joint Stipulation by Plaintiffs Sandy Bell, Martin Gama, and Michael Henry ("Plaintiffs") and Defendant Home Depot USA, Inc. ("Defendant") and orders that the briefing and hearing on Defendant's Motion for Reconsideration and for Summary Judgment, or in the Alternative, Partial Summary Judgment (Dkt. No. 232, the "Motion") is continued as follows:

| | |
|---|---|
| Opposition Deadline | October 24, 2024 |
| Reply Deadline | November 21, 2024 |
| Hearing on Motion | December 5, 2024 |

**IT IS SO ORDERED.**

Dated:  August 9, 2024          /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE