Melissa Grant (SBN 205633)
Melissa.Grant@capstonelawyers.com
Robert Drexler (SBN 119119)
Robert.Drexler@capstonelawyers.com
Jonathan Lee (SBN 267146)
Jonathan.Lee@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiffs Sandy Bell, Martin Gama and the Class

SHAUN SETAREH (SBN 204514)
FARRAH GRANT (SBN 293898)
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone:     (310) 888-7771
Facsimile:     (310) 888-0109
shaun@setarehlaw.com
farrah@setarehlaw.com

Attorneys for Plaintiff Michael Henry and the Class

[Additional listed counsel on next page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY BELL and MARTIN GAMA, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; JOHN BROOKS, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:12-cv-02499-DJC-CKD<br>[Assigned to Hon. Daniel J. Calabretta<br><br>**ORDER RE: JOINT STIPULATED REQUEST TO VACATE DATES** |

| | |
|---|---|
| 1<br>2 | MICHAEL HENRY, on behalf of himself, all others similarly situated, and the general public, |
| 3 | Plaintiff, |
| 4 | v. |
| 5<br>6 | HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1-50, inclusive, |
| 7 | Defendants. |

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Donna M. Mezias
Dorothy F. Kaslow
580 California Street, Suite 1500
San Francisco, California 94104
Telephone:  (415) 765-9500
Facsimile:   (415) 765-9501

MORGAN, LEWIS & BOCKIUS LLP
Barbara J. Miller (SBN 167223)
John D. Hayashi (SBN 211077)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA  92626-7653
Tel:   +1.714.830.0600
Fax:  +1.714.830.0700

Attorneys for Defendant Home Depot USA Inc.

# ORDER

The Court has read and reviewed the Joint Stipulation by Plaintiffs Sandy Bell, Martin Gama, and Michael Henry ("Plaintiffs") and Defendant Home Depot USA, Inc. ("Defendant") and orders as follows:

1. The hearing date and deadlines corresponding to Defendant's Motion for Reconsideration and for Summary Judgment (Dkt. No. 232) are hereby vacated without prejudice to refile should the Court not approve the parties' settlement.
2. The Final Pretrial Conference, Trial, and associated deadlines in this matter are hereby vacated.
3. Plaintiffs shall file a motion for preliminary approval of class action settlement, or request an extension of time to do so, within sixty (60) days.

**IT IS SO ORDERED.**

Dated:  January 29, 2025         /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE