Melissa Grant (SBN 205633)
Melissa.Grant@capstonelawyers.com
Robert Drexler (SBN 119119)
Robert.Drexler@capstonelawyers.com
Jonathan Lee (SBN 267146)
Jonathan.Lee@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiffs Sandy Bell, Martin Gama and the Class

Shaun Setareh (SBN 204514)
Farrah Grant (SBN 293898)
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone:   (310) 888-7771
Facsimile:   (310) 888-0109
shaun@setarehlaw.com
farrah@setarehlaw.com

Attorneys for Plaintiff Michael Henry and the Class

[Additional listed counsel on next page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDY BELL and MARTIN GAMA, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; JOHN BROOKS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:12-cv-02499-DJC-CKD<br><br>Assigned to the Hon. Daniel J. Calabretta<br><br>**ORDER GRANTING A TWO-WEEK EXTENSION TO FILE THE MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT** |

MICHAEL HENRY, on behalf of himself, all others similarly situated, and the general public,

Plaintiff,

v.

HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1-50, inclusive,

Defendants.

MORGAN, LEWIS & BOCKIUS LLP
Barbara J. Miller (SBN 167223)
John D. Hayashi (SBN 211077)
600 Anton Boulevard
Suite 1800
Costa Mesa, CA  92626-7653
Tel:    +1.714.830.0600
Fax:    +1.714.830.0700

Attorneys for Defendant Home Depot USA Inc.

The Court has read and reviewed the Joint Stipulation by Plaintiffs Sandy Bell, Martin Gama, and Michael Henry ("Plaintiffs") and Defendant Home Depot USA, Inc. ("Defendant") and orders as follows:

1. Plaintiffs are granted a two-week extension to file the Motion for Preliminary Approval of Class Action Settlement ("Motion").

2. Plaintiffs shall file the Motion by April 14, 2025.

**IT IS SO ORDERED**.

Dated: March 20, 2025         /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE