1  Melissa Grant (SBN 205633)
   Melissa.Grant@capstonelawyers.com
2  Robert Drexler (SBN 119119)
   Robert.Drexler@capstonelawyers.com
3  Jonathan Lee (SBN 267146)
   Jonathan.Lee@capstonelawyers.com
4  Capstone Law APC
   1875 Century Park East, Suite 1860
5  Los Angeles, California 90067
   Telephone:    (310) 556-4811
6  Facsimile:    (310) 943-0396
   Attorneys for Plaintiffs Sandy Bell, Martin Gama and the Class
7
8  Shaun Setareh (SBN 204514)
   Farrah Grant (SBN 293898)
   SETAREH LAW GROUP
9  9454 Wilshire Boulevard, Suite 907
   Beverly Hills, California 90212
10 Telephone:    (310) 888-7771
   Facsimile:    (310) 888-0109
11 shaun@setarehlaw.com
   farrah@setarehlaw.com
12
13 Attorneys for Plaintiff Michael Henry and the Class

14 [Additional listed counsel on next page]

15              **UNITED STATES DISTRICT COURT**

16              **EASTERN DISTRICT OF CALIFORNIA**

17 | SANDY BELL and MARTIN GAMA, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"), | Case No. 2:12-cv-02499-DJC-CKD |

Assigned to the Hon. Daniel J. Calabretta

**ORDER GRANTING PLAINTIFFS' AND DEFENDANT'S JOINT REQUEST TO FILE THE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT ON SHORTENED NOTICE**

                    Plaintiffs,

        vs.

HOME DEPOT U.S.A., INC., a Delaware corporation; JOHN BROOKS, an individual; and DOES 1 through 10, inclusive,

                    Defendants.

1    MICHAEL HENRY, on behalf of
      himself, all others similarly situated, and
2    the general public,

3    Plaintiff,

4            v.

5    HOME DEPOT U.S.A., INC., a
      Delaware corporation; and DOES 1-50,
6    inclusive,

7                Defendants.

8

9

10   MORGAN, LEWIS & BOCKIUS LLP
      Barbara J. Miller (SBN 167223)
11   John D. Hayashi (SBN 211077)
      600 Anton Boulevard
12   Suite 1800
      Costa Mesa, CA  92626-7653
13   Tel:   +1.714.830.0600
      Fax:   +1.714.830.0700
14

15   Attorneys for Defendant Home Depot USA Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

      The Court has read and reviewed the Joint Stipulation by Plaintiffs Sandy Bell, Martin Gama, and Michael Henry ("Plaintiffs") and Defendant Home Depot USA, Inc. ("Defendant") and orders as follows: Plaintiffs are to file the Motion for Final Approval of Class Action Settlement by October 6, 2025.

      **IT IS SO ORDERED**.

Dated:  September 10, 2025    /s/ Daniel J. Calabretta
_____
                  THE HONORABLE DANIEL J. CALABRETTA
                  UNITED STATES DISTRICT JUDGE